IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TRACY R. MITCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION FILE |
| v. | ) |
| | ) NO. 1:10-cv-3196-TCB-JFK |
| WASHINGTON MUTUAL, | ) |
| MORTGAGE ELECTRONIC | ) |
| SYSTEMS, INC., SHAPIRO & | ) |
| SWERTFEGER, LLP, | ) |
| FEDERAL NATIONAL | ) |
| MORTGAGE ASSOC., and | ) |
| EVERHOME MORTGAGE CO. | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Court has reviewed Plaintiff's pro se complaint [1] and emergency motion for a temporary restraining order [3]. Having done so, the Court finds that Plaintiff has failed to carry her burden of showing that she has a substantial likelihood of success on the merits. *See Johnson & Johnson Vision Care, Inc. v. 1-800 Contacts, Inc.*, 299 F.3d 1242, 1246 (11th Cir.

2002). Accordingly, Plaintiff's emergency motion for a temporary restraining order [3] is hereby DENIED.

To the extent that Plaintiff seeks any other relief in this matter, the Court hereby refers this action to Magistrate Judge Janet F. King in light of the fact that Plaintiff appears to be attempting to assert claims pursuant to the Truth in Lending Act, the Fair Debt Collection Practices Act, and other federal statutes.

IT IS SO ORDERED this 29th day of October, 2010.

*signature*

Timothy C. Batten, Sr.
United States District Judge