IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TRACY R. MITCHELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO. 1:10-cv-3196-TCB-JFK |
| WASHINGTON MUTUAL, ) | |
| MORTGAGE ELECTRONIC ) | |
| SYSTEMS, INC., SHAPIRO & ) | |
| SWERTFEGER, LLP, ) | |
| FEDERAL NATIONAL ) | |
| MORTGAGE ASSOC., and ) | |
| EVERHOME MORTGAGE CO. ) | |
| ) | |
| Defendants. ) | |

### ORDER

The Court has reviewed Plaintiff's pro se emergency motion for a temporary restraining order [6]. Having done so, the Court finds that Plaintiff has failed to carry her burden of showing that she has a substantial likelihood of success on the merits. *See Johnson & Johnson Vision Care, Inc. v. 1-800 Contacts, Inc.*, 299 F.3d 1242, 1246 (11th Cir. 2002).

Accordingly, Plaintiff's emergency motion for a temporary restraining order [6] is hereby DENIED.

IT IS SO ORDERED this 5th day of November, 2010.

_____
Timothy C. Batten, Sr.
United States District Judge